IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HERMAN KENT JONES** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **CAROLYN W. COLVIN** | : | NO. 13-4831 |

## ORDER

**AND NOW**, this 24th day of June, 2014, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Document No. 12), the defendant's response, and after a careful and thorough review of the entire record, it is **ORDERED** that plaintiff's request for review is **DENIED**.

      /s/ Timothy J. Savage
      TIMOTHY J. SAVAGE,  J.